IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

    V.               Criminal No. 05-20069-001

ROGER WILLIS                                          DEFENDANT

## O R D E R

On this 24th day of May 2006, there comes on for consideration the report and recommendation filed on May 16, 2006, by the Honorable Beverly Stites Jones, United States Magistrate for the Western District of Arkansas. (Doc. 53). Defendant has not filed written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's motion to suppress (Doc. 40) and amended motion to suppress (Doc. 49) are hereby DENIED.

IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge